Thomas L. Smith (LSBA: 07712)
Attorney at Law
7805 Zimpel Street
New Orleans, LA. 70118
T: 504-994-6004
F: 504-528-9399
EMAIL: noblueviper@yahoo.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*************************************************************************

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to: | |
| Rudolph H. Valle, et. al. | |
| versus | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE |
| Pfizer, et. al. | |
| Case No. 06-1651-CRB | |

*************************************************************************

Come now all remaining Plaintiffs in this action, including but not limited to Rudolph H. Valle and Albert Valle, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: *Fev 20, 2009*     RESPECTFULLY SUBMITTED,

THOMAS L. SMITH, (LSBA: 07712)
ATTORNEY AT LAW
7805 Zimpel Street
NEW ORLEANS, LOUISIANA 70118
(504)-994-6004
FAX: 528-9399
*ATTORNEY FOR PLAINTIFFS*


DATED: December 14, 2009     RESPECTFULLY SUBMITTED,

DLA PIPER (US)
1251 Avenue of the Americas
NEW YORK, NEW YORK 10020
(212)-335-4500
FAX: (212) 335-4501
*DEFENDANTS' LIASON COUNSEL*


PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,

IT IS SO ORDERED.

DATED: DEC 1 6 2009     BY: _____
Hon. Charles R. Breyer
United States District Court